1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JAMES BOGSINSKE, | Civil No. C11-5934-MAT |
| Plaintiff, | |
| vs. | ORDER FOR EXTENTION OF TIME TO FILE A RESPONSE |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Pleading Date shall be amended as follows:

Defendant shall have up to and including March 1, 2012, to file a Response to Plaintiff's Complaint.

DATED this 2nd day of February, 2012.

Mary Alice Theiler
United States Magistrate Judge

Page 1       ORDER - [C11-5934-MAT]

Presented by:

s/ Jordan D. Goddard
JORDAN D. GODDARD
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2733
Fax: (206) 615-2531
jordan.goddard@ssa.gov