# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| JAMES BOGSINSKE,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. C11-5934-MAT<br><br><br><br>ORDER FOR EXTENTION OF TIME TO FILE A RESPONSE |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Pleading Date shall be amended as follows:

Defendant shall have up to and including March 1, 2012, to file a Response to Plaintiff's Complaint.

DATED this 2nd day of February, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

s/ Jordan D. Goddard
JORDAN D. GODDARD
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2733
Fax: (206) 615-2531
jordan.goddard@ssa.gov